FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Nazaree P. Redmon**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Nazaree P. Redmon** | S.S.# | **xxx-xx-4933** |
| | (W) | S.S.# | |
| ADDRESS: | **4194 Rainey Woods Drive** | | |
| | **Memphis, TN 38125** | | |

PLAN PAYMENT: Debtor(s) to pay $ **485.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:       OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

AUTO INSURANCE:   ( ) Not included in Plan    ( ) Included in Plan    $ **-NONE-**
CHILD SUPPORT: Future support through Plan to    $ **-NONE-**
Child support arrearage amount    $
PRIORITY CREDITORS: **First Key - Spec Class I**    $ **20.00**

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**   Ongoing pmt. Begin **N/A**    $ **N/A**
Approx. arrearage **N/A**    Interest **N/A** %    $ **N/A**

SECURED CREDITORS;       VALUE       RATE OF       MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL       INTEREST       PLAN PMT.
**Credit Acceptance**    $ **20,000.00**    **5.25** %    $ **400.00**

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$9,148.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **First Key Homes Property Management Team**: **house lease**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Earnest Fiveash 10769**
**Earnest Fiveash**
**2600 Poplar Ave. #214**
**Memphis, TN 38112**
**901-417-8356 Fax:901-417-8367**